**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| | ) | **MOTION TO DISMISS INDICTMENT** |
| vs. | ) | |
| | ) | |
| Adam Leslie Jensen, | ) | Case No. 4:08-cr-041-02 |
| | ) | |
| Defendant. | ) | |

___

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of court is **GRANTED** for filing of the dismissal of the indictment against defendant Adam Leslie Jensen.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court